The People of the State of Illinois, defendant in error, v. Frank Guardino, plaintiff in error. Gen. No. 37,889.

Heard in the second division of this court for the first district at the December term, 1934. Opinion filed May 24, 1935.

Ellis & Westbrooks, for plaintiff in error; Richard E. Westbrooks, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Joseph Heidinger, appellant, v. George Heatley, appellee. Gen. No. 37,912.

Heard in the second division of this court for the first district at the December term, 1934. Opinion filed May 24, 1935.

Edward L. Bracklow, for appellant. W. Otto Wielgorecki, for appellee; Walter F. Briody, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Carl J. Hallberg, appellee, v. Goldblatt Brothers, Inc. et al., appellants. Gen. No. 38,145.

Heard in the first division of this court for the first district. McSurely, J., dissents. Opinion filed May 29, 1935. Rehearing denied June 10, 1935.

Wilson & McIlvaine and Pritzker & Pritzker, for appellants; Clay Judson, W. P. Gilbert, Gilbert Osgood and Stanford Clinton, of counsel. Samuel A. and Leonard B. Ettelson, for appellee; Samuel A. Ettelson, Edward C. Higgins and Carl J. Appell, of counsel.

Mr. Justice Matchett delivered the opinion of the court. .

The People of the State of Illinois ex rel. Ulysses J. Grim, appellee, v. Harry S. Gradle et al., appellants. Gen. No. 37,698.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed June 13, 1935.

Taylor, Miller, Busch & Boyden, for appellants; Francis X. Busch and James J. Magner, of counsel. Slottow & Leviton, for appellee; Charles Leviton and Harold P. Shane, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.